# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

ISMAIL MONASSAR,

        Plaintiff,

-vs-

MATSON NAVIGATION CO.,
a foreign corporation,

        Defendant.
_____/

CASE NO. 06-CV-10241

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER REQUESTING SUPPLEMENTAL BRIEFING
## ON THE ISSUE OF PROPER VENUE UNDER THE JONES ACT

The Court **REQUESTS** that the parties submit supplemental briefs, of no longer than three (3) pages, within five (5) days of this Order, explaining why venue is proper in the instant case in the Eastern District of Michigan. No responses or replies will be permitted.

**SO ORDERED.**

        s/Paul D. Borman
        **PAUL D. BORMAN**
        **UNITED STATES DISTRICT JUDGE**

**Dated: June 3, 2008**

### CERTIFICATE OF SERVICE

**Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 3, 2008.**

        s/Denise Goodine
        **Case Manager**